UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STAN JOSEPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05cv2390 SNL |
| ) | |
| BI-STATE DEVELOPMENT AGENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This is before the Court on Defendant's Motion for a More Definite Statement (#12), filed February 16, 2006. Defendant filed this motion, arguing that Plaintiff's complaint was overly vague and ambiguous. The following day, Plaintiff filed an Amended Complaint that addressed Defendant's arguments. Therefore, Defendant's motion is denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for a More Definite Statement (#12) is **DENIED** as moot.

Dated this 21st day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE